# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) Case: 1:24-mj-00310 |
|  | ) Assigned To : Judge Zia M. Faruqui |
| Andre Maurice Bonneau (AKA: "Andy") | ) Assign. Date : 10/01/2024 |
| DOB: 06/07/1960 | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 231(a)(3) | - Obstruction of Law Enforcement During Civil Disorder, |
| 18 U.S.C. § 111(a)(1) | - Assaulting/Resisting/Impeding a Federal Officer, |
| 18 U.S.C. § 1752(a)(1) | - Entering and Remaining in a Restricted Buildings or Grounds, |
| 18 U.S.C. § 1752(a)(2) | - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, |
| 18 U.S.C. § 1752(a)(4) | - Engaging in Physical Violence in a Restricted Building or Grounds, |
| 40 U.S.C. § 5104(e)(2)(D) | - Disorderly Conduct in a Capitol Building, |
| 40 U.S.C. § 5104(e)(2)(F) | - Act of Physical Violence in the Capitol Grounds or Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Allison LeClair, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __10/01/2024__

*Judge's signature*

City and state: __Washington, D.C.__   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*